**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-11270-TPA |
| | : | |
| **Jay Bruce Campbell and** | : | CHAPTER 13 |
| **Gretchen Sue Campbell,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 31 & 36 |
| **Jay Bruce Campbell and** | : | |
| **Gretchen Sue Campbell,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order, Notice of Proposed Modification and amended Chapter 13 plan by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 10, 2019</u>

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Comenity Capital Bank / Game Stop
Po Box 182120
Columbus, OH 43218-2120

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Mercury Card / Fb&t / Tsys
Po Box 84064
Columbus, GA 31908-4064

PRA Receivables Management, LLC
claims@recoverycorp.com

Portfolio Recovery & Associates
120 Corporate Boulevard
Suite 1
Norfolk, VA 23502-4952

Quicken Loans Inc.
635 Woodward Avenue
Detroit, MI 48226-3408

Aes / Pheaa
PO Box 61047
Harrisburg, PA 17106-1047

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Penn-Ohio Associates in Anesthesiology
740 East State Street
Sharon, PA 16146-3328

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Jay Bruce Campbell
Gretchen Sue Campbell
8238 Lamor Road
Mercer, PA 16137-3116

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Citi
Po Box 6217
Sioux Falls, SD 57117-6217

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Lending Club Corporation
71 Stevenson
San Francisco, CA 94105-2985

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226-1906

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
950 Forrer Boulevard
Kettering, OH 45420-1469

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Wakefield & Associates
Po Box 50250
Knoxville, TN 37950-0250

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com