**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-11270-TPA |
| | : | |
| **Jay Bruce Campbell and** | : | CHAPTER 13 |
| **Gretchen Sue Campbell,** | : | |
| Debtors, | : | |
| _____ | : | DOCKET NO.: 53 |
| **Quicken Loans Inc,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Jay Bruce Campbell and** | : | |
| **Gretchen Sue Campbell,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated October 4, 2019 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$1,104.68**. The new post-petition monthly payment payable to **Quicken Loans Inc** is **$1,098.13**, effective **December 1, 2020** per the escrow notice filed **October 20, 2020**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>November 30, 2020</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Phone: 814.724.1165 |
|  | Fax: 814.724.1158 |