**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-11270-TPA |
| | : | |
| **Jay Bruce Campbell and** | : | CHAPTER 13 |
| **Gretchen Sue Campbell,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jay Bruce Campbell,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 58 |
| | : | |
| vs. | : | |
| | : | |
| **Billco Manufacturing Inc.,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 6, 2022</u>    By: <u>/s/ Kaitlyn E. Vale</u>
    KAITLYN E. VALE, PARALEGAL
    FOSTER LAW OFFICES
    1210 Park Avenue
    Meadville, PA 16335
    Tel 814.724.1165
    Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**BILLCO MANUFACTURING INC.**
**100 HALSTEAD BOULEVARD**
**ZELIENOPLE PA 16063**