Certificate Number: 03088-PAW-DE-036571023

Bankruptcy Case Number: 18-11270



03088-PAW-DE-036571023

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2022, at 9:44 o'clock PM CDT, Jay Bruce Campbell completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 24, 2022                By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor