Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jay Bruce Campbell** : | Case No. 18−11270−TPA |
| **Gretchen Sue Campbell** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 67 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/27/22 at 12:00 PM |
| *Respondent(s).* : | |
| : | |
| : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 26th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 67 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before July 11, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *July 27, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jay Bruce Campbell  
Gretchen Sue Campbell  
    Debtors

Case No. 18-11270-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 300b | Total Noticed: 31 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Bruce Campbell, Gretchen Sue Campbell, 8238 Lamor Road, Mercer, PA 16137-3116 |
| 14963803 | + | Penn-Ohio Associates in Anesthesiology, 740 East State Street, Sharon, PA 16146-3328 |
| 14992268 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14992422 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963793 | + | Email/Text: bncnotifications@pheaa.org | May 26 2022 23:55:00 | Aes / Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14970049 | | Email/Text: ally@ebn.phinsolutions.com | May 26 2022 23:54:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14963794 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2022 23:54:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14963795 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:24 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14983887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14963796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:32 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14995363 | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14963798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14963799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Capital Bank / Game Stop, Po Box 182120, Columbus, OH 43218-2120 |
| 14963800 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14992402 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14978882 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15140107 | | Email/Text: ECMCBKNotices@ecmc.org | May 26 2022 23:55:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14963797 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:23 | Chase Card, Po Box 15298, Wilmington, DE |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 300b | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14963801 | + | Email/Text: bk@lendingclub.com | May 26 2022 23:55:00 | Lending Club Corporation, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14963802 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 26 2022 23:55:00 | Mercury Card / Fb&t / Tsys, Po Box 84064, Columbus, GA 31908-4064 |
| 14979297 | + | Email/Text: bncnotifications@pheaa.org | May 26 2022 23:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14992549 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2022 00:04:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14964237 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:53:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14963804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14963805 | + | Email/Text: bankruptcyteam@quickenloans.com | May 26 2022 23:55:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14982063 | + | Email/Text: bankruptcyteam@quickenloans.com | May 26 2022 23:55:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14996629 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14963806 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:26 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14963807 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:31 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14963808 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:26 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14992268 | ^ | MEBN | May 26 2022 23:47:23 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14992422 | ^ | MEBN | May 26 2022 23:47:21 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963809 | | Email/Text: bankruptcytn@wakeassoc.com | May 26 2022 23:55:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: 300b | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Gretchen Sue Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jay Bruce Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7