**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAY BRUCE CAMPBELL
GRETCHEN SUE CAMPBELL
            Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
            Movant
        vs.
No Respondents.

Case No.:18-11270 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/12/2018 and confirmed on 6/6/19 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 59,649.22 |
| Less Refunds to Debtor | 4,526.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,122.85 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 2,799.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,799.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 45,112.12 | 0.00 | 45,112.12 |
| Acct: 3056 | | | | |
| ALLY FINANCIAL(*) | 1,421.54 | 1,421.54 | 573.93 | 1,995.47 |
| Acct: 4358 | | | | |
| | | | | 47,107.59 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAY BRUCE CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAY BRUCE CAMPBELL | 4,526.37 | 4,526.37 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| ECMC(*) | 1,776.74 | 146.92 | 0.00 | 146.92 |
| Acct: 2639 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,374.99 | 196.39 | 0.00 | 196.39 |
| Acct: 3166 | | | | |
| CHASE BANK USA NA(*) | 5,575.49 | 461.04 | 0.00 | 461.04 |
| Acct: 1375 | | | | |
| CHASE BANK USA NA(*) | 4,389.90 | 363.00 | 0.00 | 363.00 |
| Acct: 8432 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6370 | | | | |
| DISCOVER BANK(*) | 6,132.33 | 507.08 | 0.00 | 507.08 |
| Acct: 7467 | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3650 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,698.67 | 140.46 | 0.00 | 140.46 |

18-11270 TPA                                                                                Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7809 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,683.63 | 139.22 | 0.00 | 139.22 |
| Acct: 3753 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 492.66 | 40.74 | 0.00 | 40.74 |
| Acct: 0917 | | | | |
| WAKEFIELD AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0094 | | | | |
| UPMC HEALTH SERVICES | 1,599.11 | 132.23 | 0.00 | 132.23 |
| Acct: 7680 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 90.04 | 7.45 | 0.00 | 7.45 |
| Acct: 6940 | | | | |
| UPMC PHYSICIAN SERVICES | 125.00 | 10.34 | 0.00 | 10.34 |
| Acct: 7680 | | | | |
| SYNCHRONY BANK | 856.10 | 70.79 | 0.00 | 70.79 |
| Acct: 6505 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0917 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN OHIO ASSOCIATES IN ANESTHESIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,215.66 |

TOTAL PAID TO CREDITORS                                                                     49,323.25

TOTAL CLAIMED
PRIORITY            0.00
SECURED          1,421.54
UNSECURED       26,794.66

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JAY BRUCE CAMPBELL
   GRETCHEN SUE CAMPBELL
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-11270 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 18-11270-TPA

Jay Bruce Campbell                                                                            Chapter 13

Gretchen Sue Campbell

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 3

Date Rcvd: May 26, 2022                       Form ID: pdf900                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Bruce Campbell, Gretchen Sue Campbell, 8238 Lamor Road, Mercer, PA 16137-3116 |
| 14963803 | + | Penn-Ohio Associates in Anesthesiology, 740 East State Street, Sharon, PA 16146-3328 |
| 14992268 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14992422 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963793 | + | Email/Text: bncnotifications@pheaa.org | May 26 2022 23:55:00 | Aes / Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14970049 | | Email/Text: ally@ebn.phinsolutions.com | May 26 2022 23:54:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14963794 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2022 23:54:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14963795 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:26 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14983887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14963796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:35 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14995363 | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14963798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14963799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Capital Bank / Game Stop, Po Box 182120, Columbus, OH 43218-2120 |
| 14963800 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14992402 | | Email/Text: G06041@att.com | May 26 2022 23:55:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14978882 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15140107 | | Email/Text: ECMCBKNotices@ecmc.org | May 26 2022 23:55:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14963797 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:24 | Chase Card, Po Box 15298, Wilmington, DE |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

19850

| 14963801 | + Email/Text: bk@lendingclub.com | | |
|---|---|---|---|
| | | May 26 2022 23:55:00 | Lending Club Corporation, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14963802 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | May 26 2022 23:55:00 | Mercury Card / Fb&t / Tsys, Po Box 84064, Columbus, GA 31908-4064 |
| 14979297 | + Email/Text: bncnotifications@pheaa.org | | |
| | | May 26 2022 23:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14992549 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 26 2022 23:54:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14964237 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | May 26 2022 23:53:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14963804 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 26 2022 23:54:05 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14963805 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | May 26 2022 23:55:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14982063 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | May 26 2022 23:55:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14996629 | + Email/Text: bncmail@w-legal.com | | |
| | | May 26 2022 23:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14963806 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2022 23:53:32 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14963807 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2022 23:54:25 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14963808 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 26 2022 23:54:02 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14992268 | ^ MEBN | | |
| | | May 26 2022 23:47:33 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14992422 | ^ MEBN | | |
| | | May 26 2022 23:47:17 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963809 | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | May 26 2022 23:55:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: May 28, 2022                              Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Gretchen Sue Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Jay Bruce Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |


TOTAL: 7