FILED
7/14/22 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAY BRUCE CAMPBELL
GRETCHEN SUE CAMPBELL
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-11270 TPA

Chapter 13

Document No.: 67

ORDER OF COURT

  AND NOW, this __14th__ day of __July__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11270-TPA
Jay Bruce Campbell     Chapter 13
Gretchen Sue Campbell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Jul 14, 2022     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Bruce Campbell, Gretchen Sue Campbell, 8238 Lamor Road, Mercer, PA 16137-3116 |
| 14963803 | + | Penn-Ohio Associates in Anesthesiology, 740 East State Street, Sharon, PA 16146-3328 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963793 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | Aes / Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14970049 | | Email/Text: ally@ebn.phinsolutions.com | Jul 14 2022 23:29:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14963794 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 14 2022 23:29:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14963795 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:39 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14983887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14963796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:47 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14995363 | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14963798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:33:43 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14963799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2022 23:30:00 | Comenity Capital Bank / Game Stop, Po Box 182120, Columbus, OH 43218-2120 |
| 14963800 | | Email/Text: mrdiscen@discover.com | Jul 14 2022 23:29:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14992402 | | Email/Text: G06041@att.com | Jul 14 2022 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14978882 | | Email/Text: mrdiscen@discover.com | Jul 14 2022 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15140107 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14963797 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 23:33:54 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14963801 | + | Email/Text: bk@lendingclub.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2022 23:30:00 | Lending Club Corporation, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14963802 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 14 2022 23:29:00 | Mercury Card / Fb&t / Tsys, Po Box 84064, Columbus, GA 31908-4064 |
| 14979297 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14992549 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14964237 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:33:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14963804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:57 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14963805 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2022 23:30:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14982063 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2022 23:30:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14996629 | + | Email/Text: bncmail@w-legal.com | Jul 14 2022 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14963806 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:49 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14963807 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:47 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14963808 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:39 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14992268 | ^ | MEBN | Jul 14 2022 23:27:12 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14992422 | ^ | MEBN | Jul 14 2022 23:26:59 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963809 | | Email/Text: bankruptcytn@wakeassoc.com | Jul 14 2022 23:29:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Gretchen Sue Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jay Bruce Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7